# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 04-26 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Bryan Joseph Kruchten, | |
| Defendant. | |

Defendant's Motion for Reconsideration and Vacation of Judgment (Doc. No. 50) is **DENIED**.

Dated: November 5, 2007

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge